DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VIVIAN GOLDBLATT,**
Appellant,

v.

**LEONARD GOLDBLATT,** an alleged incapacitated Person, and **PAUL GOLD,**
Appellees.

No. 4D2025-2742

[July 16, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case Nos. 502025GA000280XXXAMB; 502025MH001124XXXASB.

Vivian Goldblatt, Passaic, New Jersey, pro se.

Rosemary Cooney, Probate, Guardianship & Trust, P.A., Palm Beach, for appellee Leonard Goldblatt.

Niuris Bezanilla, South Florida Law PLLC, Coral Gables, for appellee Paul Gold.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., SHEPHERD and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***